IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION | )<br>)<br>) NO. 3:06-MD-1760 |
| This Document Relates to Case Numbers:<br>3:07-1194, 3:06-0368 and 3:06-0393 | ) JUDGE CAMPBELL<br>) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment on the Claims of Plaintiffs Fragomeli, Biocca and Cuthbert (Docket No. 857). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and the claims of Plaintiffs Fragomeli, Biocca and Cuthbert are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE